≈AO 187 (Rev. 7/87) Exhibit and Witness List

**RECEIVED**
SEP 10 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

United States of America

V.

David Guy McKay (1), Bradley Neil Crowder (2)

**EXHIBIT LIST**

Case Number: 08-mj-361 MJD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael J. Davis | W. Anders Folk, Jeff Paulsen | Jeffrey DeGree, Katherian Roe |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| September 9, 2008 | Lori Simpson | Kristine Wegner |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1-5 | | 9/9/08 | | 9/9/08 | Pictures |
| 6 | | 9/9/08 | | 9/9/08 | Application for Search Warrant and Supporting Affidavit |
| 7 | | 9/9/08 | | 9/9/08 | Advise of Rights |

**SCANNED**
SEP 10 2008
U.S. DISTRICT COURT MPLS

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages