UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-291 (MJD/FLN) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **MEMORANDUM IN SUPPORT OF** |
| | ) | **DEFENDANT'S PRETRIAL MOTION** |
| BRADLEY NEIL CROWDER, | ) | **TO COMPEL DISCLOSURE OF** |
| | ) | **EVIDENCE FAVORABLE TO THE** |
| Defendant. | ) | **DEFENDANT** |

Suppression by the prosecution of evidence favorable to the defense is violative of due process and may invalidate a subsequent conviction. Brady v. Maryland, 373 U.S. 83, 83 S.Ct. 1195 (1963); Mooney v. Holohan, 294 U.S. 103 (1935); Almeida v. Baldi, 195 F.2d 815 (3rd Cir. 1951), cert. denied, 345 U.S. 904 (1953); Giglio v. United States, 405 U.S. 150, 92 S.Ct. 763, 31 L.Ed.2d 104 (1972). Further, the fact that the evidence may not necessarily be admissible or material does not obviate the government of the responsibility to disclose. Griffin v. United States, 366 U.S. 704 (1959); Inge v. United States, 356 F.2d 345 (D.C. Cir. 1966).

Particularized requests have been included in the motion in compliance with United States v. Agurs, 427 U.S. 97, 96 S.Ct. 2392 (1976).

Dated: October 15, 2008          Respectfully submitted,

                                 *s/Andrew H. Mohring*

                                 ANDREW H. MOHRING
                                 Attorney ID No. 190731
                                 Attorney for Defendant
                                 107 U.S. Courthouse
                                 300 South Fourth Street
                                 Minneapolis, MN 55415